# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEO KRAMER; AND AUDREY KRAMER,

Appellants,

vs.

NATIONAL DEFAULT SERVICING CORPORATION; ALYSSA MCDERMOTT; AND BRECKENRIDGE PROPERTY FUND 2016, LLC,

Respondents.

No. 81915



FILED

NOV 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying leave to amend and granting summary judgment to respondents. Third Judicial District Court, Lyon County; John Schlegelmilch, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District,* 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an

unfiled written order cannot be appealed). This court therefore lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. John Schlegelmilch, District Judge
      Audrey Kramer
      Leo Kramer
      Hutchison & Steffen, LLC/Las Vegas
      Tiffany & Bosco, P.A.\Las Vegas
      Third District Court Clerk